# United States Court of Appeals for the Federal Circuit

---

**JOHN PAUL JONES, III,**
*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent*

---

2015-3189, 2015-3188

---

Petitions for review of the Merit Systems Protection Board in No. DE-3330-14-0427-I-1, DE-3330-14-0430-I-1, DE-3330-14-0452-I-1.

---

## JUDGMENT

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

## AFFIRMED

ENTERED BY ORDER OF THE COURT

January 8, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court